No. 862. Fidelity and Casualty Co. *v.* Howe. June 2, 1930. Petition for writ of certiorari to the Circuit

Court of Appeals for the Third Circuit denied. *Messrs. John C. Sherriff* and *W. Pitt Gifford* for petitioner. *Mr. B. B. McGinnis* for respondent.

No. 863. NATIONAL LIFE ASSN. *v.* HOWE. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John C. Sherriff* and *W. Pitt Gifford* for petitioner. *Mr. B. B: McGinnis* for respondent.